ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SLOAN HEFFRON (CABN 285347)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-7234
Sloan.heffron@usdoj.gov

Attorneys for United States of America

FILED
DEC 19 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SK

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM MIKEL TILLMAN,<br><br>Defendant. | CASE NO. 3 18 71807<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or around December 17, 2018, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an Order of the Court pending in the District of Montana, Case Number CR 18-45-M-DWM.

In that case (copy of indictment attached), the defendant is charged by a five count indictment (copy of indictment attached). The charges and maximum penalties are as follows:

//

//

//

**COUNT ONE: Counterfeiting Obligations or Securities of the United States (in violation of Title 18 U.S.C. § 471)**

Maximum Penalties
Imprisonment: 20 years
Supervised Release: 3 years
Fine: $250,000
Special Assessment: $100
Full restitution, forfeiture of assets

**COUNT TWO: Uttering Counterfeit Obligations or Securities (in violation of Title 18 U.S.C. §§ 472 and 2)**

Maximum Penalties
Imprisonment: 20 years
Supervised Release: 3 years
Fine: $250,000
Special Assessment: $100
Full restitution, forfeiture of assets

**COUNT THREE: Uttering Counterfeit Obligations or Securities (in violation of Title 18 U.S.C. §§ 472 and 2)**

Maximum Penalties
Imprisonment: 20 years
Supervised Release: 3 years
Fine: $250,000
Special Assessment: $100
Full restitution, forfeiture of assets

**COUNT FOUR: Uttering Counterfeit Obligations or Securities (in violation of Title 18 U.S.C. §§ 472 and 2)**

Maximum Penalties
Imprisonment: 20 years
Supervised Release: 3 years
Fine: $250,000
Special Assessment: $100
Full restitution, forfeiture of assets

//

//

**COUNT FIVE: Uttering Counterfeit Obligations or Securities (in violation of Title 18 U.S.C. §§ 472 and 2)**

Maximum Penalties
Imprisonment: 20 years
Supervised Release: 3 years
Fine: $250,000
Special Assessment: $100
Full restitution, forfeiture of assets

Respectfully Submitted,

ALEX G. TSE
UNITED STATES ATTORNEY

Date: December 19, 2018

SLOAN HEFFRON
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## FOR

## DISTRICT OF MONTANA

**U.S.A. vs. William Mikel Tillman** **Docket No: CR 18-45-M-DWM**

**Affidavit regarding an Apparent Violation of Conditions of Pretrial Release**

COMES NOW Mark Henkel, PRETRIAL SERVICES OFFICER, pursuant to 18 U.S.C. § 3154, presenting an Affidavit on the conduct of William Mikel Tillman, charged in U.S. District Court with Possession with Intent to Distribute Methamphetamine Title 21 U.S.C. § 841(a)(1). On August 3, 2018, the defendant was initially released to inpatient treatment at Connections Corrections West. The defendant had his pretrial release revoked on September 24, 2018 for getting kicked out of treatment.

The defendant was placed under pretrial release supervision by the Honorable Jeremiah C. Lynch, on October 5, 2018 following a change of plea hearing.

**RESPECTFULLY PRESENTING AS FOLLOWS:**

| Violation No. | Nature of Non-Compliance |
|---|---|
| 1 | *Defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.*<br><br>On November 8, 2018, the defendant provided a positive urinalysis test for methamphetamine. The urinalysis was sent to Alere Toxicology and came back confirmed positive on November 29, 2018.<br><br>On November 30, 2018, United States Probation Officer Kenneth Gibson out of the Norther District of California conducted a telephone interview with the defendant regarding the positive drug test. The defendant admitted to drug use on multiple occasions since his pretrial release, most recently on November 24, 2018. |
| **Summary of Response(s) to Non-Compliance** | |
| The intent of this report is to notify the government and Court of the violation of his pretrial supervision due to the use of methamphetamine. | |

In Conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Reviewed by:

11/30/2018

Derek Hart
Supervising United States Probation/Pretrial Officer

11/30/2018

Mark Henkel
United States Probation /Pretrial Officer

FILED

AUG 0 2 2018

Clerk, U.S District Court
District Of Montana
Great Falls

TIMOTHY J. RACICOT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2d Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
Email: Tim.Racicot2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM MIKEL TILLMAN,<br><br>Defendant. | CR 18-45 -M-DWM<br><br>INDICTMENT<br><br>COUNTERFEITING OBLIGATIONS OR SECURITIES OF THE UNITED STATES<br>(Count I)<br>Title 18 U.S.C. § 471<br>(Penalty: 20 years imprisonment, $250,000 fine, and three years supervised release)<br><br>UTTERING COUNTERFEIT OBLIGATIONS OR SECURITIES<br>(Counts II-V)<br>Title 18 U.S.C. §§ 472 and 2<br>(Penalty: 20 years imprisonment, $250,000 fine, and three years supervised release)<br><br>FORFEITURE<br>Title 18 U.S.C. § 492 |

THE GRAND JURY CHARGES:

COUNT I

That beginning on or about June 26, 2018, and continuing until on or about July 1, 2018, at Missoula, within Missoula County, in the State and District of Montana, and other places, the defendant, WILLIAM MIKEL TILLMAN, with the intent to defraud, did counterfeit and falsely make obligations of the United States, in violation of 18 U.S.C. § 471.

COUNT II

That on or about June 27, 2018, at Missoula, within Missoula County, in the State and District of Montana, the defendant, WILLIAM MIKEL TILLMAN, with the intent to defraud, did pass and attempt to pass a falsely made and counterfeited obligation of the United States at Noon's Sinclair, specifically a Federal Reserve Note in the denomination of $50, which he knew to be falsely made and counterfeited, and aided and abetted the same, in violation of 18 U.S.C. §§ 472 and 2.

COUNT III

That on or about June 29, 2018, at Missoula, within Missoula County, in the State and District of Montana, the defendant, WILLIAM MIKEL TILLMAN, with the intent to defraud, did pass and attempt to pass a falsely made and counterfeited obligation of the United States at the Magic Diamond Casino, specifically a

Federal Reserve Note in the denomination of $50, which he knew to be falsely made and counterfeited, and aided and abetted the same, in violation of 18 U.S.C. §§ 472 and 2.

COUNT IV

That on or about June 30, 2018, at Missoula, within Missoula County, in the State and District of Montana, the defendant, WILLIAM MIKEL TILLMAN, with the intent to defraud, did pass and attempt to pass a falsely made and counterfeited obligation of the United States at Town Pump, specifically a Federal Reserve Note in the denomination of $50, which he knew to be falsely made and counterfeited, and aided and abetted the same, in violation of 18 U.S.C. §§ 472 and 2.

COUNT V

That on or about July 1, 2018, at Missoula, within Missoula County, in the State and District of Montana, the defendant, WILLIAM MIKEL TILLMAN, with the intent to defraud, did pass and attempt to pass a falsely made and counterfeited obligation of the United States at Noon's Sinclair, specifically a Federal Reserve Note in the denomination of $50, which he knew to be falsely made and counterfeited, and aided and abetted the same, in violation of 18 U.S.C: §§ 472 and 2.

FORFEITURE ALLEGATION

Upon conviction of any offense set forth in Counts I through V of this indictment, the defendant, WILLIAM MIKEL TILLMAN, shall forfeit, pursuant 18 U.S.C. § 492, all right title and interest in all obligations, materials or apparatuses used or intended to be used in the making of the counterfeit obligations referenced in Count I.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

KURT G. ALME
United States Attorney

for JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons______
Warrant:________
Bail:________
In Federal Custody
Arraignment 8/7/18 @ 1:30
Judge Lynch - msla